MN-305



3750
5-10-11
MD

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

Debtor:  Brenda Kay Miller
Chapter 7 Case No.   10-33333

Please Check One:
☐ Unclaimed Dividends
☒ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| American Express Bank FSB<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355 | 6 | 253.56 | 1.16 |

Date:  May 3, 2011                                    _____
                                                                   Trustee